

LAW OFFICES OF
# GAMBINO & MULVANEY, P.C.

222 CHURCH STREET
POUGHKEEPSIE, N.Y. 12601

THOMAS M. GAMBINO, ESQ.
RICHARD E. MULVANEY, ESQ.

PHONE (845) 473-0427
FAX (845) 473-0428
Fax Service Not Accepted

December 26, 2006

**VIA FAX (914) 390-4152**
Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:     **Henderson v. State of New York, et al - Docket # 05 Civ. 213**

Dear Judge McMahon:

I am writing to provide you with an update of the above litigation pursuant to your Order allowing Mr. Henderson additional time to submit a response to the Defendants' Motion for Summary Judgement. In preparation, I have: reviewed with Mr. Henderson your March 14, 2006 Decision and Order Granting Defendants' Motion for Summary Judgment pursuant to the above litigation; reviewed boxes of files maintained by Mr. Henderson's former attorney, Sheri Hatton, pursuant to this litigation; conferred on many occasions with Mr. Henderson and conferred with defense counsel. I also attempted to speak with Ms. Hatton to determine whether her input would be of assistance in preparing Mr. Henderson's opposition. However, Ms. Hatton's listed office telephone number no longer connects to an office, faxes are undeliverable and mail has been returned as undeliverable.

Having completed the above review, I have not found any evidence whatsoever sufficient to overcome your grant of Summary Judgment in favor of the Defendants or to submit a coherent response. Accordingly, my client has directed that no response be submitted and your March 14th decision stand.

*[Handwritten note:] 12/29/06 Counsel - you have rendered a valuable service to the court, for which I am profoundly grateful. CMcM*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Both my client and I wish to thank you and your staff for your courtesies, consideration and assistance rendered pursuant to this matter.

Very truly yours,

Thomas M. Gambino

Acknowledged by

Stanley Henderson

c: Kevin Patrick McCaffrey, Esq.
**VIA FAX (212) 416-6075**